UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| YVONNE BROWN, | Case No. 3:08-cv-5716-KLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT AND ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an Administrative Law Judge (ALJ) shall attempt to obtain Plaintiff's medical records from Beth Israel and St. Mary's Hospital for the period of 1997 to 2000, and document all actions taken to obtain such evidence. The ALJ shall also obtain additional medical expert testimony—based on all of the medical evidence of record—and re-assess whether Plaintiff had any severe medically determinable impairment(s) on or before December 31, 1999. Finally, the ALJ shall proceed as appropriate through the sequential evaluation process, and support the decision with cites to the evidence of record.

Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 20th day of May, 2009.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone:  (206) 615-3760
Fax:      (206) 615-2531
mathew.w.pile@ssa.gov

Of Attorneys for Defendant