# United States District Court

WESTERN DISTRICT OF WASHINGTON

YVONNE BROWN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5716KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Motion for an Award of Attorney's Fees pursuant to 42 U.S.C. §406(b) is Granted in Part.

February 19, 2010                    BRUCE RIFKIN
                                     Clerk

                                     *s/CM Gonzalez*
                                     Deputy Clerk