# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YVONNE BROWN | **AMENDED** |
| | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security | |
| | CASE NUMBER: C08-5716KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The request for attorney's fees submitted by plaintiff's counsel pursuant to section 406(b) hereby is reduced to $10,000, or 2.95 times his normal hourly rate for non-contingent fee cases.

| | |
|---|---|
|   March 5, 2010   |   BRUCE RIFKIN   |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |